IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GURSANT SINGH GREWAL,** ) <br> ) <br> Petitioner, ) <br> ) <br> vs. ) <br> ) <br> ) <br> **MICHAEL CHERTOFF, et al.,** ) <br> ) <br> Respondent. ) <br> ) <br> _____ ) | 1:07-CV-0990-AWI WMW HC <br><br> ORDER GRANTING <br> PETITIONER'S MOTION AND <br> DISMISSING PETITION FOR <br> WRIT OF HABEAS CORPUS |

    Petitioner is a federal prisoner proceeding on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.  On August 21, 2007, Petitioner filed a motion to voluntarily dismiss this case on the ground that the petition has become moot because he has been released from custody.  No answer has yet been filed in the case.  Good cause appearing, Petitioner's motion will be granted.

//

Based on the above, IT IS HEREBY ORDERED as follows:

1) The petition for writ of habeas corpus is DISMISSED; and

2) The Clerk of the Court is directed to enter judgment for Respondent and to close this case.

IT IS SO ORDERED.

**Dated:   November 14, 2007**                         **/s/ Anthony W. Ishii**
                                                            UNITED STATES DISTRICT JUDGE